AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 10, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BRYAN PAUL HERNANDEZ<br>*Plaintiff*<br>v.<br>DOUG SAMS, ARMANDO HEREDIA and KRISTI DAVIS-LUDY,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>Civil Action No. 2:23-CV-00195-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 9, is GRANTED. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.
The Court certifies any appeal of this dismissal would not be taken in good faith.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for Voluntary Dismissal by the Plaintiff.

Date:  10/10/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham